THE LAW OFFICES OF
# STUART B. HANDELMAN
A PROFESSIONAL CORPORATION

WWW.CHICAGOLANDBANKRUPTCY.COM

Stuart B. Handelman
Jean M. Huang
Kelly Smith

30 N. Michigan Avenue, Suite 1603
Chicago, Illinois 60602-3400
Telephone (312) 360-0500
Fax (312) 360-1033

IC System, Inc.
P.O. Box 64378
St. Paul, MN 55164-0378

November 22, 2019

Client Name: Nicholas Cross
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ IL ▮▮▮
Social Sec ▮▮▮▮▮▮▮

To Whom It May Concern:

    I have recently been retained by Nicholas Cross to assist in debt relief. The purpose of this letter is to alert your company that any and all correspondence regarding Nicholas Cross should be forwarded to my office.

    Do not contact my client directly or indirectly. Pursuant to 15 U.S.C. §1692, under the Fair Debt Collection Practices Act, prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, email, text messages, any communication through social media platforms, or by any other means. This restricts any contact with any employer, family member, friend, or other creditor of my client. Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated. In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you. If you have any questions, please feel free to contact this office.

    Again, please terminate all communications with my client. My client has also instructed me that any debt you are attempting to collect is disputed.

    I would advise your company to terminate all communications with my client. If you have any questions about this letter, please feel free to contact me.

Regards,
/s/ Stuart Handelman
Stuart B. Handelman
Attorney at Law
SBH/sjr



EXHIBIT B

THE LAW OFFICES OF
STUART B. HANDELMAN
30 N. Michigan Avenue, Suite 1603
Chicago, Illinois 60602-3400

NEOPOST
FIRST-CLASS MAIL
$000.50⁰
11/22/2019 ZIP 46227
042L14807323

US POSTAGE

IC System, Inc.
P.O. Box 64378
St. Paul, MN 55164-0378